UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

T-Peg, Inc. and
Timberpeg East, Inc.,
    Plaintiffs

    v.                              Civil No. 03-cv-462-SM

Vermont Timber Works, Inc.
and Douglas Friant,
    Defendants

**O R D E R**

A status conference was held on April 28, 2009. The court expressed its view that the parties ought to be able to agree upon an acceptable resolution of this case, given the relatively modest amount at stake and the disproportionate legal fees and costs associated with litigation and/or trial. Each side, however, seems to think a principle is at stake more important than the contours of this particular dispute. The court adheres to the view that the parties will be well served by further mediation efforts.

Accordingly, the parties will appear as scheduled by the clerk for a mediation session before the Magistrate Judge.

    **SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

June 8, 2009

cc:  Daniel E. Will, Esq.
     Jonathan M. Shirley, Esq.
     W. E. Whittington, Esq.